UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

GARY NEAL SADLER

                                    :

                                    :                        CIVIL NO. 3:10-cv-00011-TLM

VS.                                 :

                                    :

MARK STRANGE, ET AL            :                MARCH 28, 2013

_____:

MOTION TO AMEND REQUEST FOR RELIEF

Pursuant to the Court's Minute Entry Order dated March 13, 2013 (Rec. Doc. 57) regarding

plaintiff's October 26, 2012 Motion to Amend or Alter Request for Relief (Rec. Doc. 49), plaintiff

hereby moves that his Request for Relief be amended by adding the following thereto: "Plaintiff

requests that all relief also apply to plaintiff's rights, treatment and conditions at his current place

of confinement, Osborn Correctional Institution, and any future places of confinement."

                                                       Plaintiff

                                                       By/s/ Kirk D. Tavtigian, Jr.
                                                       Kirk D. Tavtigian, Jr.
                                                       Law Offices of Kirk D. Tavtigian, LLC
                                                       P.O. Box 417
                                                       Avon, CT 06001
                                                       CT05460
                                                       860-690-4430
                                                       860-606-9888 fax
                                                       His Attorneys
                                                       ktavtigian@aol.com

Certificate of Service

I hereby certify that on March 28, 2013, a copy of the foregoing was filed electronically
and served by mail on anyone unable to accept electronic filing.  Notice of this filing will
be sent by e-mail to all parties by operation of the court's electronic filing system or by
mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic
Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                         1

/s/ Kirk D. Tavtigian, Jr.
**Kirk D. Tavtigian, Jr.**
**Law Offices of Kirk D. Tavtigian, LLC**
**P.O. Box 417**
**Avon, CT 06001**
CT05460
860-690-4430
860-606-9888 fax
ktavtigian@aol.com